
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/25/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| THE OFFSHORE DRILLING COMPANY | * | CIVIL ACTION NO. 04-2512 |
| VERSUS | * | JUDGE RICHARD T. HAIK |
| RODNEY N. NESS, JR. | * | MAGISTRATE JUDGE METHVIN |

**ORDER**

Pending before the Court is The Offshore Drilling Company's, hereinafter TODCO's, Motion to Exclude the Report and Testimony of Hector V. Pazos (Doc.#39). TODCO contends that the report and testimony of Rodney N. Ness's expert, Hector V. Pazos, fails the reliability and relevance requirements of the Federal Rules of Evidence as prescribed by the Supreme Court in *Daubert v. Merrel Dow Pharmeceuticals*, 509 U.S. 579 (1993), and its progeny.

After due consideration of the parties' memoranda, it is HEREBY ORDERED that TODCO's Motion to Exclude the Report and Testimony of Hector V. Pazos (Doc.#39) is HEREBY DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 24 day of July 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA